IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Case No. 1:13-cr-33 (WLS) |
| JAMES L. STILLWELL, JR., | : | |
| Defendant. | : | |

### ORDER

Before the Court is Defendant James Stillwell's Motion for Permission to Appeal In Forma Pauperis. (Doc. 36.) In the motion, Stillwell represents he is incarcerated, does not have income, and is struggling to keep his house from going into foreclosure. The Court ordered Stillwell's retained defense counsel to disclose *in camera* the total amount of fees and costs received as a part of this action. (Doc. 41.) Having now received and reviewed the motion and disclosure, the Court concludes that Stillwell is indigent and is entitled to appeal in forma pauperis under 28 U.S.C. § 1915. His motion (Doc. 36) is **GRANTED**.

**SO ORDERED**, this   2nd   day of May, 2014.

/s/ W. Louis Sands
**W. LOUIS SANDS, JUDGE**
**UNITED STATES DISTRICT COURT**

1